UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSIE ABRAMS<br><br>Plaintiff(s),<br>v.<br>CITY AND COUNTY OF SAN FRANCISCO,<br>ET AL.<br><br>Defendant(s). | No. C 07-03006 EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8-2-06          Signature _[signature]_

Counsel for PLAINTIFF
(Plaintiff, Defendant, or indicate "pro se")