**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**August 3, 2007**

CASE NUMBER:  CV 07-03006 EDL
CASE TITLE:  SUSIE ABRAM-v-CITY AND COUNTY OF SAN FRANCISCO

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable PHYLLIS J. HAMILTON**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/3/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                          Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                       Entered in Computer 8/3/07AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                              Transferor CSA