UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUSIE ABRAM

        Plaintiff(s),

v.

CITY AND COUNTY OF SAN
FRANCISCO, DEPARTMENT OF PUBLIC
HEALTH, WILLIAM FRAZIER
        Defendant(s).

CASE NO. C07-3006 PJH

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference SEPTEMBER 13, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| CURTIS G. OLER | PLAINTIFF SUSIE ABRAM | (415) 346-8015 | |
| JONATHAN ROLNICK | DEFENDANTS CCSF, FRAZIER | (415) 554-3815 | jonathan.rolnick@sfgov.org |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 9/6/07

Attorney for Plaintiff

Dated: 9/6/07

Attorney for Defendant

Rev 12.05