UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: September 13, 2007                    JUDGE: Phyllis J. Hamilton

Case No: C-07-3006 PJH

Case Name: Susie Abram v. City and County of San Francisco, et al.

Attorney(s) for Plaintiff:     Curtis G. Oler
Attorney(s) for Defendant:     Jonathan C. Rolnick

**Deputy Clerk**: Nichole Heuerman              **Court Reporter**: Not Reported

PROCEEDINGS

Initial Case Management Conference-Held. The court sets a pretrial schedule.

**REFERRALS:**

[x] Case referred to ADR for Mediation to be completed by February 29, 2008.

**PRETRIAL SCHEDULE:**

Non-Expert Discovery cutoff: 3/3/08
Expert disclosure: 8/5/08
Expert discovery cutoff: 9/5/08
Dispositive Motions heard by: 6/18/08
Pretrial Conference: 11/13/08 at 2:30 p.m.
Trial: 12/8/08 at 8:30 a.m., for 8 days, by [x] Jury  [] Court

**Order to be prepared by:**   [] Pl [] Def  [x] Court

**Notes:**

**cc:** file; ADR