# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Abram, | 07-03006 PJH MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| City & County of San Francisco | |
| Department of Publi, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Jody I. LeWitter**
Siegel & LeWitter
1939 Harrison St., Suite 307
Oakland, CA 94612
510-452-5000

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03006 PJH MED                    - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: November 7, 2007

                RICHARD W. WIEKING
                Clerk
                by:    Alice M. Fiel

                ADR Case Administrator
                415-522-3148
                Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-03006 PJH MED                      - 2 -