1  CURTIS G. OLER (Bar No. 63689)
   LAW OFFICES OF CURTIS G. OLER
2  Post Office Box 15083
   San Francisco, California 94115
3  Telephone: 415 346-8015
   Facsimile: 415 346-8238
4
   Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SUSIE ABRAM, | ) | Case No.  C07-3006 PJH |
|---|---|---|
| Plaintiff, | ) | PLAINTIFF'S NOTICE |
| vs. | ) | OF UNAVAILABILITY |
| CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC HEALTH; WILLIAM FRAZIER, DIRECTOR OF THERAPEUTIC ACTIVITIES, LAGUNA HONDA HOSPITAL, | ) | |
| Defendants. | ) | |

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that commencing Tuesday, January 8, 2008, continuing through and including Tuesday, January 22, 2008, the LAW OFFICES OF CURTIS G. OLER, counsel for Plaintiff, will be on vacation and will be unavailable for any purpose whatsoever, including but not limited to, receiving notice of any kind, responding to ex parte applications, appearing in court, or attending depositions.

   This notice is given pursuant to *Tenderloin Housing Clinic v. Sparks*, (1992) 8

Ntc of Unavailability                              1

1  Cal.App.4th 299.  Purposefully scheduling a conflicting proceeding without good cause during
2  the period of notice is sanctionable pursuant to the *Tenderloin* case.
3  Dated: January 2, 2008

                                                     _____
                                                     CURTIS G. OLER
                                                     Attorney for Plaintiff

Ntc of Unavailability                               2