# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Abram, | No. C 07-03006 PJH MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| City & County of San Francisco Department of Publi, | |
| Defendant(s). | |

***Instructions:*** *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) _2.20.08_

2. Did the case settle?   ☐ fully   ☐ partially   ☑ no

3. If the case did not settle fully, is any follow-up contemplated? No.
   - ☐ another session scheduled for (date) _____
   - ☐ phone discussions expected by (date) _____
   - ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☑ YES   ☐ NO

Dated: _2.20.08_

_____
Mediator, Jody I. LeWitter
Siegel & LeWitter
1939 Harrison St., Suite 307
Oakland, CA 94612

Certification of ADR Session
07-03006 PJH MED