DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
JONATHAN C. ROLNICK, State Bar #151814
Deputy City Attorney
Fox Plaza
1390 Market Street, Floor #5
San Francisco, California 94102-5408
Telephone:    (415) 554-4247
Facsimile:    (415) 554-4248

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
and WILLIAM FRAZIER

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSIE ABRAM,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC HEALTH; WILLIAM FRAZIER, DIRECTOR OF THERAPEUTIC ACTIVITIES, LAGUNA HONDA HOSPITAL<br><br>Defendant. | Case No. C07-3006 PJH<br><br>*E-filing case*<br><br>**DECLARATION OF JONATHAN C. ROLNICK IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION AGAINST PLAINTIFF SUSIE ABRAM**<br><br>Date:         June 18, 2008<br>Time:         9:00 a.m.<br>Courtroom:  3, 17th Floor<br>               Hon. Phyllis J. Hamilton<br><br>Action Filed: June 8, 2007 |

I, Jonathan C. Rolnick declare as follows:

1. I am a Deputy City Attorney for the City and County of San Francisco ("City"). I am counsel of record for the City in the above-captioned matter.

2. I am admitted to practice law in California and to appear before the court.

3. I have personal knowledge of the facts in this declaration, and if called upon to testify, I could and would testify competently to the facts contained herein.

4. Attached to this Declaration as Exhibit A are true and correct copies of excerpts of Plaintiff Susie Abram's deposition taken on February 13, 2008.

5. Attached to this Declaration as Exhibit B are true and correct copies of excerpts of Plaintiff Susie Abram's deposition taken on February 27, 2008.

6. Attached to this Declaration as Exhibit C are true and correct copies of Plaintiff's response to City's first set of special interrogatories submitted October 11, 2007.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on May 14, 2008, at San Francisco, California.

_____
JONATHAN C. ROLNICK