UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSIE ABRAM,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

_____/

No. C 07-3006 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendant's motion for summary judgment, which was previously set for June 18, 2008, at 9:00 a.m., has been CONTINUED to July 23, 2008, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED**.

Dated: June 6, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge