UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date:** July 23, 2008  **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-3006 PJH

**Case Name:** Susie Abram v. City and County of San Francisco, et al.

**Attorney(s) for Plaintiff:** Curtis G. Oler
**Attorney(s) for Defendant:** Jonathan C. Rolnick

**Deputy Clerk:** Nichole Heuerman    **Court Reporter:** Lydia Zinn

PROCEEDINGS

Defendants' Motion for Summary Judgment-Held. The court takes the matter under submission.

**Order to be prepared by:** [] Pl [] Def [x] Court

**Notes:**

**cc:** file