DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
JONATHAN C. ROLNICK, State Bar #151814
Deputy City Attorney
Fox Plaza
1390 Market Street, Floor #5
San Francisco, California 94102-5408
Telephone:      (415) 554-3815
Facsimile:      (415) 554-4248


Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
and WILLIAM FRAZIER

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSIE ABRAM,<br><br>       Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC HEALTH; WILLIAM FRAZIER, DIRECTOR OF THERAPEUTIC ACTIVITIES, LAGUNA HONDA HOSPITAL<br><br>      Defendant. | Case No. C07-3006 PJH<br><br>*E-filing case*<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DISCOVERY CUTOFF**<br><br>Trial Date:     December 8, 2008 |

**IT IS HEREBY STIPULATED** by and between the parties:

This case is set for trial on December 8, 2008.  Under the Court's scheduling order expert

discovery closes on Friday, September 5, 2008.  Plaintiff Susie Abram has identified one expert

witness, Dr. Jeanne Riviore.  The City has timely sought to depose Dr. Riviore.

The Court heard the City's motion for summary judgment on July 23, 2008.  The parties are

awaiting the Court's ruling on that motion.  Depending on the outcome of that ruling, the deposition

of Dr. Riviore may be unnecessary.  While the parties await that ruling, and in the interest of saving

1    further time and expense, the parties agree to extend the expert discovery cutoff from September 5,

2    2008 to October 10, 2008, and to request that the Court enter an order to that effect.  The parties do

3    not anticipate that this will have any adverse impact on their ability to prepare for the November 13,

4    2008 pretrial conference or the December 8, 2008 trial date.

5    Dated:  September 2, 2008

6                                              DENNIS J. HERRERA
                                               City Attorney
7                                              ELIZABETH SALVESON
                                               Chief Labor Attorney
8                                              JONATHAN C. ROLNICK
                                               Deputy City Attorney
9

10                                             By:  s:/Jonathan C. Rolnick
                                                  JONATHAN C. ROLNICK
11
                                               Attorneys for Defendants
12                                             CITY AND COUNTY OF SAN FRANCISCO
                                               and WILLIAM FRAZIER
13

14   Dated:  September 2, 2008

15                                             LAW OFFICES OF CURTIS G. OLER

16

17                                            By:  s:/Curis G. Oler
                                                  CURTIS G. OLER
18
                                               Attorneys for Plaintiff
19                                             SUSIE ABRAM

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

  **IT IS HEREBY ORDERED THAT** the September 5, 2008 discovery cutoff be continued to October 10, 2008.


DATED:  _____  _____

                HON. PHYLLIS J. HAMILTON
                United States District Court Judge