DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
JONATHAN C. ROLNICK, State Bar #151814
Deputy City Attorney
Fox Plaza
1390 Market Street, Floor #5
San Francisco, California 94102-5408
Telephone:     (415) 554-3815
Facsimile:      (415) 554-4248

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
and WILLIAM FRAZIER

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSIE ABRAM,<br><br>           Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC HEALTH; WILLIAM FRAZIER, DIRECTOR OF THERAPEUTIC ACTIVITIES, LAGUNA HONDA HOSPITAL<br><br>           Defendant. | Case No. C07-3006 PJH<br><br>*E-filing case*<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DISCOVERY CUTOFF**<br><br>Trial Date:    December 8, 2008 |

**IT IS HEREBY STIPULATED** by and between the parties:

This case is set for trial on December 8, 2008. Under the Court's scheduling order expert discovery closes on Friday, September 5, 2008. Plaintiff Susie Abram has identified one expert witness, Dr. Jeanne Riviore. The City has timely sought to depose Dr. Riviore.

The Court heard the City's motion for summary judgment on July 23, 2008. The parties are awaiting the Court's ruling on that motion. Depending on the outcome of that ruling, the deposition of Dr. Riviore may be unnecessary. While the parties await that ruling, and in the interest of saving

further time and expense, the parties agree to extend the expert discovery cutoff from September 5, 2008 to October 10, 2008, and to request that the Court enter an order to that effect.  The parties do not anticipate that this will have any adverse impact on their ability to prepare for the November 13, 2008 pretrial conference or the December 8, 2008 trial date.

Dated:  September 2, 2008

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
JONATHAN C. ROLNICK
Deputy City Attorney


By: s:/Jonathan C. Rolnick
JONATHAN C. ROLNICK

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
and WILLIAM FRAZIER

Dated:  September 2, 2008

LAW OFFICES OF CURTIS G. OLER


By: s:/Curis G. Oler
CURTIS G. OLER

Attorneys for Plaintiff
SUSIE ABRAM

# [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED THAT** the September 5, 2008 discovery cutoff be continued to October 10, 2008.

DATED:  __9/5/08_____        _____
HON. PHYLLIS J. HAMILTON
United States District Judge



STIP AND ORDER CONT. EXPERT DISC. CUTOFF
CASE NO. C07-3006 PJH

3

n:\labor\li2007\080114\00506504.doc