UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSIE ABRAM,

       Plaintiff(s),

   v.

CITY AND COUNTY OF SAN FRANCISCO et al.,

       Defendant(s).
_____/

No. C 07-3006 PJH

**JUDGMENT**

    This action came on for hearing before the court and the issues having been duly heard and the court having granted defendants' motion for summary judgment

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: October 3, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge